**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  MARY Z. MIRIAN                                       Case No: 19-21621-LMI
                                                             Chapter 13

_____Debtor_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 22, 2020 a true and correct copy of the Debtor's Motion For Referral to Mortgage Modification Mediation (Out of Time) (DE47) was transmitted electronically to:

Jennifer Laufgas on behalf of Creditor HSBC Bank USA, N.A.
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

>                                     Respectfully submitted,
>                                     LEGAL SERVICES OF GREATER
>                                     MIAMI, INC.
>
>                                     By _____/s/_____
>                                     Florida Bar No.  241970
>                                     Attorney for Debtor
>                                     4343 W. Flagler St., Suite 100
>                                     Miami, FL 33134
>                                     Telephone/Facsimile: (305) 438-2427
>                                     Email:  clombardi@legalservicesmiami.org
>                                     Alt. Email: Sfreire@legalservicesmiami.org