**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  MARY Z. MIRIAN                                    Case No: 19-21621-LMI
                                                          Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 22, 2020, a true and correct copies of the Debtor's First Amended Plan (DE 49) Objection to Claim of HSBC (DE 50) and Notice of Hearing (DE 51) were transmitted electronically to:

Jennifer Laufgas on behalf of Creditor HSBC Bank USA, N.A.
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

And a copy of the First Amended Plan (DE 49) was mailed on March 23, 2020, to:

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

                                    Respectfully submitted,
                                    LEGAL SERVICES OF GREATER
                                    MIAMI, INC.

                                    By _____/s/_____
                                    Carolina A. Lombardi
                                    Florida Bar No.  241970
                                    Attorney for Debtor
                                    4343 W. Flagler St., Suite 100
                                    Miami, FL 33134
                                    Telephone/Facsimile: (305) 438-2427
                                    Email:  clombardi@legalservicesmiami.org

Alt. Email: Sfreire@legalservicesmiami.org