

**ORDERED in the Southern District of Florida on April 29, 2020.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MARY Z. MIRIAN,

          Debtor.

_____/

CASE NO. 19-21621-AJC

Chapter 13

### ORDER CONTINUING HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 3

    **THIS CASE** came before the Court for a hearing on April 28, 2020 upon the Debtor's Objection to Claim No. 3 of HSBC Bank USA, NA [ECF 50] (the "Objection to Claim"). For the reasons stated on the record, it is

    **ORDERED** that the hearing on the Objection to Claim is **CONTINUED** to **May 19, 2020 at 9:00 AM** in Courtroom 7, C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Miami, Florida. **If the courthouse remains closed due to the Covid-19 pandemic, parties are directed to make appropriate arrangements to appear via Courtcall.**

               # # #

Copy to:
Carolina Lombardi, Esq.
Wanda Murray, Esq.
Nancy K. Neidch, Chapter 13 Trustee