

**ORDERED in the Southern District of Florida on May 18, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Mary Z. Mirian                          Case No:  19-21621 AJC
                                                Chapter 13

                  Debtor            /

### AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF HSBC BANK USA, N.A.

Debtor filed an Objection to Claim of HSBC Bank USA, N.A. (DE 50). The Court having been advised that debtor and creditor have reached an agreement it is ORDERED that:

1.  The Objection is sustained and HSBC Bank USA, N.A. has 20 days to amend its proof of claim to remove the post-petition escrow amount and the pre-petition escrow shortage.

# # #

Case No. 19-21621-AJC
Page 2                              /

Submitted By:
LEGAL SERVICES OF GREATER
MIAMI, INC.
Carolina A. Lombardi
Florida Bar No.  0241970
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2427
Primary Email: Clombardi@legalservicesmiami.org;
Alt. Email: Sfreire@legalservicesmiami.org

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).