**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    MARY Z. MIRIAN                                              Case No: 19-21621-LMI
                                                                                              Chapter 13

_____Debtor_____/

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2022, true and correct copies of the Debtor's Certificate of Compliance, Motion for Issuance of Discharge, and Notice of Deadline to Object (ECF No. 113) were sent by **Notice of Electronic Filing** to:

Jennifer Laufgas on behalf of Creditor HSBC Bank USA, N.A.
ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Wanda D Murray on behalf of Creditor HSBC Bank USA, N.A.
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**And sent by U.S. Mail to:**

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By _____/s/_____
Matt Bayard Esq.
Florida Bar No. 32209
Attorney for Debtor
4343 W. Flagler St., Suite 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2413
Email:  mbayard@legalservicesmiami.org
Alt email: crodriguez@legalservicesmiami.org