United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 19-21621-AJC
Mary Z Mirian  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: admin     Page 1 of 2
Date Rcvd: Dec 28, 2022     Form ID: 3180W     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Z Mirian, 2750 NE 183 Street Apt 1811, North Miami Beach, FL 33160-2122 |
| 95658065 | + | 1199 Housing Corporation, 2020 First Avenue, New York NY 10029 |
| 95658066 | + | Commodore Plaza Condiminium Association, Ryan D. Poliakoff, Esquire, Backer Aboud Poliakoff et al, 400 S. Dixie Highway #420, Boca Raton, FL 33432-6023 |
| 95288657 | + | HSBC Bank USA NA, c/o Nusrat Mansoor, Esquire, Aldridge Pite LLP, 1615 South Congress Avenue, Delray Beach, FL 33445-6326 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Dec 29 2022 03:34:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 28 2022 22:48:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: RMSC.COM | Dec 29 2022 03:34:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 95423794 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 22:57:43 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 95618176 | + | Email/Text: ecfbnc@aldridgepite.com | Dec 28 2022 22:48:00 | HSBC BANK USA, N.A., C/O Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 95318957 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 22:57:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 28, 2022 | Form ID: 3180W | Total Noticed: 10 |
| Date: Dec 30, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Jennifer Laufgas
     on behalf of Creditor HSBC Bank USA  N.A. ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Matthew T Bayard
     on behalf of Debtor Mary Z Mirian mbayard@legalservicesmiami.org  crodriguez@legalservicesmiami.org

Nancy K. Neidich
     e2c8f01@ch13miami.com  ecf2@ch13miami.com

Office of the US Trustee
     USTPRegion21.MM.ECF@usdoj.gov

Wanda D Murray
     on behalf of Creditor HSBC Bank USA  N.A. ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mary Z Mirian<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4222<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Southern District of Florida | | |
| Case number:   19–21621–AJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Mary Z Mirian**

December 28, 2022

**By the court:**   _A. Jay Cristol_

**A. Jay Cristol**
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W (03/03/21)                                                                                           page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**