**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re: Mary Z. Mirian                                      Case No: 19-21621-PGH
                                                                                        Chapter 13

                 Debtor               /

## DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT

Debtor, Mary Mirian, hereby moves this Court to enter an Order deeming the mortgage held and/or serviced by secured creditor HSBC Bank USA N.A. (Proof of Claim No. 3) to be current, and as grounds therefore states:

1. Debtor Mary Z. Mirian filed her Voluntary Petition for Chapter 13 bankruptcy on August 29, 2019.

2. The Debtor's Chapter 13 Plan provided for monthly mortgage payments to the holder of her second mortgage, HSBC Bank USA N.A. HSBC filed its Proof of Claim in this case on March 12, 2020 (Claim No. 3-1).

3. On or around April 1, 2021, HSBC approved the Debtor for a permanent loan modification of her second mortgage. This Court entered an Order approving the parties' Loan Modification Agreement on June 10, 2021. See ECF No. 108.

4. On May 24, 2021, the Debtor filed her Sixth Modified Plan at ECF No. 105. This Modified Plan provided for monthly mortgage payments to HSBC in the amounts determined by the April 1, 2021 permanent Loan Modification Agreement between the parties. This Court approved the Debtor's Sixth Modified Plan on July 15, 2021. See ECF No. 109.

5. On November 30, 2022, the Chapter 13 Trustee filed a Notice of Plan Completion verifying that the Debtor had completed her payments under her confirmed plan. This Notice

states, "The Chapter 13 Trustee has verified the Debtor in the above-referenced Chapter 13 case has completed payments under the confirmed plan." See ECF No. 111.

6.  On December 2, 2022, the Debtor filed a Motion for Issuance of Discharge and Notice of Deadline to Object (ECF No. 113). This Motion was served on all creditors, including HSBC, on December 2, 2022 (ECF No. 114).

7.  No creditors, including HSBC, objected to the Debtor's Motion for Issuance of Discharge and an Order of Discharge was entered in this case on December 28, 2022 (ECF No. 116).

8.  Based on information and belief, the Debtor has been making her post-bankruptcy second mortgage payments directly to creditor HSBC Bank USA N.A. since the completion of her Chapter 13 Plan.

WHEREFORE, The Debtor requests that this Court enter an Order which deems her to be current on her mortgage payments to Creditor HSBC Bank USA N.A.

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

BY_____/s/_____
    Matt Bayard Esq.
    Florida Bar No. 32209
    Attorney for Debtor
    4343 W. Flagler Street, Suite 100
    Miami, FL 33134
    Telephone: (305) 438-2413
    Mbayard@legalservicesmiami.org