**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on April 25, 2023**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 19–21621–PGH**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Mary Z Mirian
2750 NE 183 Street Apt 1811
North Miami Beach, FL 33160

SSN: xxx–xx–4222

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.